IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOLLY BRICK,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | 8:22CV272<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered today (Filing No. 25), judgment is entered in favor of plaintiff Molly Brick and against defendant Kilolo Kijakazi, Acting Commissioner of Social Security. *See* Fed. R. Civ. P. 58.

Dated this 6th day of April 2023.

                BY THE COURT:

                Robert F. Rossiter, Jr.
                Chief United States District Judge